UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LUCIAN CELESTINE, a/k/a
Lucian Unddascha Celestineaeterus,
a/k/a Dillon Joseph Calvetti,

Defendant.

CR 20-50083

FACTUAL BASIS STATEMENT

The defendant states that the following facts are true, and the parties agree that they establish a factual basis for the offenses to which the defendant is pleading guilty pursuant to Federal Rule of Criminal Procedure 11(b)(3):

In June 2020, the United States Secret Service received information that Lucian Celestine of Rapid City, South Dakota, had attempted to acquire a firearm on the website Armslist. Secret Service Special Agents recognized Celestine's name from a previous investigation and had concerns about Celestine's mental health based on statements Celestine had made in the previous investigation. In late June 2020, while preparing for the President's visit to Mt. Rushmore, scheduled for July 3, 2020, Secret Service Special Agents learned Celestine had attempted to purchase a firearm in the previous week. The Agents requested local assistance in investigating whether Celestine had actually acquired a firearm.

1

On June 30, 2020, a Pennington County Sheriff's Deputy and the Agents went to Celestine's residence in Box Elder. The Deputy and Agents spoke with Celestine. Celestine admitted he owned a firearm and that it was in the trunk of his car. Celestine voluntarily signed a consent to a search of his car and residence. In the car, the agents found a rifle and ammunition. The rifle was identified as a Browning, model X Bolt, 300 Winchester Magnum caliber, bolt-action rifle, bearing serial number 04460ZN354. The Agents also found six full boxes of Winchester Super X 300 Winchester Magnum ammunition, one box of the same ammunition with one round missing, and other ammunition.

Celestine told the Deputy and Agents he had purchased the gun three days earlier for $1700.00 from a private party in Box Elder. Celestine found the gun on Armslist and made arrangement to purchase it. Celestine stated after purchasing the gun he went to First Stop Gun and bought the ammunition.

Celestine also discussed his prior involuntary hospitalization at the state mental hospital in Yankton in 2019. Court records show in October 2019, Celestine was committed involuntarily to the South Dakota Human Services Center, a mental institution, due to a mental illness. Following a hearing on October 11, 2019, before the Pennington County Board of Mental Illness, in which Celestine appeared in person and with counsel, the board determined Celestine had been diagnosed with a severe mental illness. As a result, Celestine was committed to the South Dakota Human Services Center in Yankton, South Dakota, for a period not to exceed 90 days. Celestine knew he had been

2

diagnosed with a severe mental illness and that he had been committed to the South Dakota Human Services Center, a mental institution.

The Browning firearm identified above was manufactured by Miroku Firearms in Japan, imported by Browning Arms located in Utah, and is a "firearm" as defined by 18 U.S.C. § 921(a)(3). At the time Celestine knowingly possessed the Browning firearm, he knew he had been adjudicated with a mental illness and been committed to a mental institution.

ALISON J. RAMSDELL
United States Attorney

_9/28/2022_
Date

Benjamin Patterson
Assistant United States Attorney
515 9th Street, Room 201
Rapid City, SD 57701
Ben.Patterson@usdoj.gov

_9-28-22_
Date

Lucian Celestine, a/k/a
Lucian Unddascha Celestineaeterus,
a/k/a Dillon Joseph Calvetti,
Defendant

_9/28/22_
Date

John R. Murphy
Attorney for Defendant

3